**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

**DEVIN G. NUNES,**

        **Plaintiff,**

vs.

**CABLE NEWS NETWORK, INC.,**

        **Defendant.**

**Civil No.: 3:19-CV-00889**

**ORDER GRANTING CONSENT MOTION TO EXTEND DEADLINE TO RESPOND**

Defendant Cable News Network, Inc. ("CNN") filed a motion to extend its deadline to respond to Plaintiff's Complaint (Dkt. No. 1) to January 17, 2020. Plaintiff consented to the motion. Accordingly,

**IT IS HEREBY ORDERED** that the consent motion to extend time to file responsive pleading is hereby **GRANTED**. Defendant shall have until January 17, 2020 to respond to Plaintiff's Complaint.

**IT IS SO ORDERED**.

Entered this ___ day of December, 2019.

_____
Hon. Robert E. Payne
United States District Court Judge