IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DEVIN G. NUNES,

    Plaintiff,

v.                                       Civil Action No. 3:19cv889

CABLE NEWS NETWORK, INC.,

    Defendant.

### ORDER

Having considered the CONSENT MOTION TO EXTEND DEADLINE TO RESPOND (ECF No. 9), and there being no objection by the plaintiff, it is hereby ORDERED that the CONSENT MOTION TO EXTEND DEADLINE TO RESPOND (ECF No. 9) is granted with modification. It is further ORDERED that the defendant shall file its Answer and any other motions with respect to the Complaint by January 17, 2020.

    It is so ORDERED.

                                                /s/
                                  Robert E. Payne
                                  Senior United States District Judge

Richmond, Virginia
Date: December 20, 2019