# EXHIBIT C

1

2

3

4

5

6

7

8

9

10

11

12

13          Cuomo Prime Time 11-22 - clip

14

15

16

17

18

19

20

21

22

23

24

25

| | | |
|---|---|---|
| 00:00:00 | 1 | CHRIS CUOMO:  And it gets even more |
| 00:00:04 | 2 | wild.  Look at this.  This look?  Boy, is he sick |
| 00:00:06 | 3 | of hearing it, scratching the bicepial and |
| 00:00:09 | 4 | everything.  That became the poster for Republican |
| 00:00:12 | 5 | disgust at the flow of testimony that POTUS and |
| 00:00:14 | 6 | pals were out for dirt on the Bidens.  Man, Nunes |
| 00:00:18 | 7 | couldn't stand it.  He was disgusted by it. |
| 00:00:20 | 8 | Couldn't contain it.  But he sure could contain |
| 00:00:23 | 9 | his knowledge about those efforts.  We have new |
| 00:00:26 | 10 | reporting that Mr. Nunes allegedly knew a lot more |
| 00:00:30 | 11 | than he was letting on.  A lot more.  Our in-house |
| 00:00:34 | 12 | investigator on the case, Vicky Ward, next. |
| | 13 | [COMMERCIALS] |
| 00:05:04 | 14 | CHRIS CUOMO:  All right.  This is very |
| 00:05:06 | 15 | important.  We all saw how ardently Republican |
| 00:05:09 | 16 | Congressman Devin Nunes defended the President |
| 00:05:12 | 17 | during the impeachment hearings, pivoting and |
| 00:05:15 | 18 | pointing to the Bidens. |
| 00:05:19 | 19 | DEVIN NUNES:  No conspiracy theory is |
| 00:05:20 | 20 | too outlandish for the Democrats.  You would think |
| 00:05:24 | 21 | they would take some interest in Burisma.  And you |
| 00:05:26 | 22 | think they would be interested in Joe Biden.  We |
| 00:05:28 | 23 | need to subpoena Hunter Biden.  I think one of the |
| 00:05:30 | 24 | mothers of all conspiracy theories is that somehow |
| 00:05:34 | 25 | the President of the United States would want a |

| | | |
|---|---|---|
| 00:05:36 | 1 | country that he doesn't even like, he doesn't want |
| 00:05:38 | 2 | to give foreign aid to, to have the Ukrainians |
| 00:05:42 | 3 | start an investigation into Bidens. |
| 00:05:45 | 4 | CHRIS CUOMO:  Now, remember what he just |
| 00:05:48 | 5 | said, okay?  That he cannot accept the idea that |
| 00:05:51 | 6 | the President would want Ukraine to be looking |
| 00:05:53 | 7 | into the Bidens.  Why would he cast so much doubt |
| 00:05:58 | 8 | on an idea that POTUS had it out for the Bidens |
| 00:06:01 | 9 | and was trying to use Ukraine to do it, when he is |
| 00:06:05 | 10 | now allegedly a part of those efforts? |
| 00:06:09 | 11 | Let's bring in Vicky Ward right now. |
| 00:06:11 | 12 | She's got the reporting.  Now, let's be very |
| 00:06:13 | 13 | clear.  We understand from Mr. Lev Parnas' lawyer, |
| 00:06:20 | 14 | the man under indictment for doing certain things |
| 00:06:23 | 15 | with campaigns allegedly, also working with Rudy |
| 00:06:25 | 16 | Giuliani, maybe paying Rudy Giuliani for certain |
| 00:06:28 | 17 | other things.  His lawyer, what does he say? |
| 00:06:31 | 18 | VICKY WARD:  So his lawyer says that Lev |
| 00:06:34 | 19 | Parnas would like to come and speak to Congress -- |
| 00:06:37 | 20 | CHRIS CUOMO:  Mm hmm. |
| 00:06:37 | 21 | VICKY WARD:  -- and that he would say to |
| 00:06:39 | 22 | Congress, were he given the opportunity, that last |
| 00:06:43 | 23 | December, Devin Nunes, the Senior Republican |
| 00:06:47 | 24 | presiding over the impeachment hearings, went to |
| 00:06:50 | 25 | Vienna and met with Viktor Shokin. |

| 00:06:54 | 1 | CHRIS CUOMO:  Viktor Shokin, the person |
| 00:06:56 | 2 | who was the prosecutor for Ukraine, that Ukraine |
| 00:06:59 | 3 | and everybody in the United States wanted out for |
| 00:07:02 | 4 | not investigating corruption? |
| 00:07:04 | 5 | VICKY WARD:  Correct.  And who was fired |
| 00:07:06 | 6 | in 2016 under pressure by many Western leaders, |
| 00:07:12 | 7 | including our then-Vice President, Joe Biden.  He |
| 00:07:16 | 8 | has an axe to grind against the Bidens.  Viktor |
| 00:07:18 | 9 | Shokin is the man who has claimed to have dirt on |
| 00:07:23 | 10 | Joe and Hunter Biden.  He has claimed to have |
| 00:07:26 | 11 | evidence that Ukraine meddled in our elections. |
| 00:07:28 | 12 | CHRIS CUOMO:  Reportedly met with Rudy |
| 00:07:30 | 13 | Giuliani, Mr. Shokin? |
| 00:07:31 | 14 | VICKY WARD:  He's -- absolutely.  So |
| 00:07:32 | 15 | Shokin -- |
| 00:07:32 | 16 | CHRIS CUOMO:  Rudy Giuliani wanted to |
| 00:07:33 | 17 | get him a pass to come to the United States, and |
| 00:07:35 | 18 | it was denied. |
| 00:07:36 | 19 | VICKY WARD:  Absolutely correct. |
| 00:07:37 | 20 | CHRIS CUOMO:  All right.  So next big |
| 00:07:38 | 21 | question: how do we know that Nunes met with |
| 00:07:42 | 22 | Shokin? |
| 00:07:43 | 23 | VICKY WARD:  So it gets interesting.  So |
| 00:07:44 | 24 | Shokin tells Lev Parnas, Rudy Giuliani's associate |
| 00:07:50 | 25 | who's Ukraine-born, and what's interesting is that |

00:07:53  1   Nunes comes back and tries to recruit Lev Parnas.

00:07:57  2   He does recruit Lev Parnas to merge his effort,

00:08:01  3   his and Rudy Giuliani's investigations, with his.

00:08:05  4   He has an aide meet with Lev Parnas, and they

00:08:10  5   discuss how to reach out to various Ukraine

00:08:14  6   prosecutors who might have information on the

00:08:17  7   Bidens.

00:08:17  8           CHRIS CUOMO:  All right.  So hold on a

00:08:18  9   second.  This is a lot.  So Devin Nunes, who's at

00:08:22  10  the hearing, and -- I'm sorry, but I'm learning

00:08:25  11  this from you.

00:08:25  12          VICKY WARD:  Yeah, yeah, yeah, yeah.

00:08:25  13          CHRIS CUOMO:  You know, this is new

00:08:26  14  reporting.  Devin Nunes at the hearing saying,

00:08:29  15  this is crazy that the President would want

00:08:31  16  Ukraine to look at the Bidens.  The prosecutor who

00:08:34  17  was the one at the center of all the controversy -

00:08:36  18  -

00:08:36  19          VICKY WARD:  Right.

00:08:36  20          CHRIS CUOMO:  -- met with Nunes in

00:08:38  21  Vienna --

00:08:38  22          VICKY WARD:  Right.

00:08:39  23          CHRIS CUOMO:  -- last December.  So

00:08:40  24  before all this other stuff that they're saying

00:08:43  25  was just about one phone call.

00:08:43  1                VICKY WARD:  Way before.

00:08:44  2                CHRIS CUOMO:  Months before.  Shokin

00:08:46  3  then tells Parnas, the shady guy at the center --

00:08:48  4                VICKY WARD:  Right.

00:08:49  5                CHRIS CUOMO:  -- of all this, and then

00:08:51  6  Nunes' staffer meets with Parnas?

00:08:55  7                VICKY WARD:  But so does Nunes.  Nunes

00:08:57  8  meets with Parnas.  Nunes speaks to Parnas --

00:08:59  9                CHRIS CUOMO:  About dirt on the Bidens?

00:09:01  10                VICKY WARD:  -- several times.  Yes.

00:09:03  11  They're asked to merge operations essentially.  So

00:09:05  12  in other words, you know, this whole impeachment,

00:09:08  13  Chris, is about a shadow foreign policy --

00:09:12  14                CHRIS CUOMO:  Right.

00:09:13  15                VICKY WARD:  -- that Devin Nunes appears

00:09:14  16  to have, and some involvement in.

00:09:16  17                CHRIS CUOMO:  So he knew it was going

00:09:18  18  on.

00:09:18  19                VICKY WARD:  So --

00:09:18  20                CHRIS CUOMO:  He knew they were looking

00:09:19  21  for dirt on the Bidens.

00:09:19  22                VICKY WARD:  Right.  He is a drama in

00:09:22  23  the -- in this play himself, and he -- and yet he

00:09:25  24  has not told anyone about this.

00:09:27  25                CHRIS CUOMO:  All right.  So sourcing

7

| | | |
|---|---|---|
| 00:09:29 | 1 | becomes everything.  This comes from Parnas' |
| 00:09:31 | 2 | lawyer, all right? |
| 00:09:32 | 3 | VICKY WARD:  Right. |
| 00:09:33 | 4 | CHRIS CUOMO:  That this is what Parnas |
| 00:09:33 | 5 | wants to testify to. |
| 00:09:35 | 6 | VICKY WARD:  Yes. |
| 00:09:35 | 7 | CHRIS CUOMO:  So now, you got to reach |
| 00:09:36 | 8 | out to the parties.  You got to go to Nunes.  What |
| 00:09:39 | 9 | does Nunes say? |
| 00:09:40 | 10 | VICKY WARD:  Right.  I'm going to -- so |
| 00:09:41 | 11 | we've been trying to actually get in front of |
| 00:09:43 | 12 | Nunes in person. |
| 00:09:44 | 13 | CHRIS CUOMO:  Mm hmm. |
| 00:09:45 | 14 | VICKY WARD:  Two of my colleagues went |
| 00:09:47 | 15 | to see him on the Hill, and -- |
| 00:09:48 | 16 | CHRIS CUOMO:  Did they gave him |
| 00:09:49 | 17 | information about why? |
| 00:09:50 | 18 | VICKY WARD:  They absolutely did, and |
| 00:09:52 | 19 | this is Nunes -- exact word for word what Nunes |
| 00:09:54 | 20 | said.  "To be perfectly clear, I don't acknowledge |
| 00:09:57 | 21 | any questions from you in this lifetime or the |
| 00:10:00 | 22 | next lifetime." |
| 00:10:01 | 23 | CHRIS CUOMO:  "To be perfectly clear, I |
| 00:10:03 | 24 | don't acknowledge any questions from you in this |
| 00:10:06 | 25 | lifetime or the next lifetime."  Knowing how |

| | | |
|---|---|---|
| 00:10:09 | 1 | central this consideration is to what's going on |
| 00:10:13 | 2 | in the impeachment right now, he won't even say |
| 00:10:16 | 3 | it's not true? |
| 00:10:17 | 4 | VICKY WARD:  Right. |
| 00:10:17 | 5 | CHRIS CUOMO:  All right.  Now, Viktor |
| 00:10:19 | 6 | Shokin, okay? |
| 00:10:19 | 7 | VICKY WARD:  Yes. |
| 00:10:21 | 8 | CHRIS CUOMO:  What is the chance of |
| 00:10:22 | 9 | getting to him on this?  Because obviously he can |
| 00:10:24 | 10 | confirm or deny also. |
| 00:10:26 | 11 | VICKY WARD:  Well, I -- you know, I have |
| 00:10:27 | 12 | his phone number.  So I've texted him.  I've got |
| 00:10:30 | 13 | to him.  We've reached out to him.  He's not |
| 00:10:32 | 14 | talking. |
| 00:10:33 | 15 | CHRIS CUOMO:  So everyone's getting a |
| 00:10:33 | 16 | chance to respond.  They know what the story is. |
| 00:10:35 | 17 | They know what the allegations are. |
| 00:10:36 | 18 | VICKY WARD:  Right. |
| 00:10:37 | 19 | CHRIS CUOMO:  And we're hanging this on |
| 00:10:39 | 20 | Parnas' lawyer.  So theoretically, Parnas would |
| 00:10:41 | 21 | say the same thing, but you're just hearing it |
| 00:10:43 | 22 | from his lawyer? |
| 00:10:43 | 23 | VICKY WARD:  Correct. |
| 00:10:45 | 24 | CHRIS CUOMO:  Parnas wants to testify, |
| 00:10:46 | 25 | and the lawyer is saying this is what it would be |

```
00:10:48   1    about.

00:10:48   2              VICKY WARD:  And he has, by the way,

00:10:49   3    actually been subpoenaed.

00:10:50   4              CHRIS CUOMO:  Right.  So --

00:10:52   5              VICKY WARD:  But there's an issue,

00:10:53   6    Chris, remember, because he's under indictment by

00:10:56   7    the Southern District, so his lawyer would like

00:10:58   8    him to be given essentially immunity to speak

00:11:01   9    freely.

00:11:02   10             CHRIS CUOMO:  Well, all right.  Let's

00:11:03   11   think this through.  You've been thinking about

00:11:04   12   this a lot --

00:11:04   13             VICKY WARD:  Yeah.

00:11:04   14             CHRIS CUOMO:  -- I know with your team.

00:11:06   15   Why would Nunes say it is preposterous -- or

00:11:09   16   whatever word he used, ludicrous, something bad --

00:11:11   17   to think that the President would want Ukraine to

00:11:14   18   look into the Bidens, when evidentially he knew

00:11:18   19   Rudy was looking into the Bidens, and he was

00:11:19   20   trying to get Ukrainians to do it, right?

00:11:21   21             VICKY WARD:  Right.  Right, right,

00:11:21   22   right, right.

00:11:22   23             CHRIS CUOMO:  Parnas and Fruman are

00:11:24   24   Americans, but they're Ukrainian-born, right?

00:11:26   25             VICKY WARD:  Yes, yes, yes.
```

00:11:27  1          CHRIS CUOMO:  And then he -- don't --

00:11:28  2  shouldn't he have disclosed --

00:11:29  3          VICKY WARD:  Well --

00:11:29  4          CHRIS CUOMO:  -- that he went over to

00:11:31  5  Vienna --

00:11:31  6          VICKY WARD:  -- I think -- I think --

00:11:31  7          CHRIS CUOMO:  -- Austria to meet with

00:11:32  8  Shokin?

00:11:33  9          VICKY WARD:  Well, what's so intriguing,

00:11:36  10  for want of a better word, about his whole trip

00:11:39  11  was the timing of it.  And in fact his aide, Derek

00:11:43  12  Harvey, told Lev Parnas that the timing of it was

00:11:47  13  very deliberate.  It was done right after the

00:11:50  14  Republicans lost the House in the midterms, but

00:11:53  15  before the Democrats took over --

00:11:56  16          CHRIS CUOMO:  Why?

00:11:56  17          VICKY WARD:  -- in January.  Because

00:11:57  18  once the Democrats took over, he would have had ex

00:12:00  19  -- he would have had to disclose the details of

00:12:02  20  it.  So this is why nobody has known, until now,

00:12:07  21  what Devin Nunes was doing last December, or --

00:12:11  22  the only thing -- the --

00:12:12  23          CHRIS CUOMO:  So we don't know that the

00:12:13  24  committee was told about his actions?

00:12:15  25          VICKY WARD:  No.  The only thing that's

| | | |
|---|---|---|
| 00:12:17 | 1 | reported in the Congressional record is that he |
| 00:12:20 | 2 | and Derek Harvey and two other aides went to |
| 00:12:22 | 3 | Europe. |
| 00:12:23 | 4 | CHRIS CUOMO:  But they don't say who |
| 00:12:23 | 5 | they met with? |
| 00:12:24 | 6 | VICKY WARD:  No.  And this was quite |
| 00:12:25 | 7 | deliberate, according to my reporting, according |
| 00:12:29 | 8 | to the lawyer speaking for Parnas.  Derek Harvey, |
| 00:12:34 | 9 | the aide, told Parnas that the timing was done |
| 00:12:37 | 10 | deliberately to keep it undercover. |
| 00:12:40 | 11 | CHRIS CUOMO:  Vicky Ward, thank you for |
| 00:12:42 | 12 | the reporting.  Thank you for working it.  Look, |
| 00:12:44 | 13 | we want it fair.  Mr. Shokin, if you're listening, |
| 00:12:47 | 14 | tell us what happened.  Mr. Nunes, this is about |
| 00:12:49 | 15 | the truth.  Come on and tell us what happened. |
| 00:12:52 | 16 | Don't say you're not going to answer the |
| 00:12:53 | 17 | questions.  You have to.  That's your position. |
| 00:12:55 | 18 | Vicky Ward, thank you so much. |
| 00:12:57 | 19 | VICKY WARD:  Thank you, Chris. |
| 00:12:57 | 20 | CHRIS CUOMO:  Appreciate it.  Have a |
| 00:12:58 | 21 | very good weekend. |
| 00:12:59 | 22 | VICKY WARD:  And you. |
| 00:13:00 | 23 | CHRIS CUOMO:  This is -- cannot make it |
| 00:13:02 | 24 | up.  All right.  We are going to pick this up with |
| 00:13:04 | 25 | a Democrat who was vice chair of one of the |

| | | |
|---|---|---|
| 00:13:06 | 1 | impeachment committees, but resigned amid a probe |
| 00:13:09 | 2 | of her in Congress.  Katie Hill.  Still fighting |
| 00:13:13 | 3 | back against what she calls a coordinated smear |
| 00:13:16 | 4 | campaign to get her out.  But one smear campaign |
| 00:13:20 | 5 | at a time.  We have to deal with what we just |
| 00:13:22 | 6 | learned from Vicky Ward, what we learned about in |
| 00:13:24 | 7 | the Inspector General Report, and what is the |
| 00:13:26 | 8 | future for former Congresswoman Hill, all next. |
| | 9 | [COMMERCIALS] |
| 00:17:11 | 10 | CHRIS CUOMO:  All right.  There's a lot |
| 00:17:12 | 11 | of news tonight.  This President is soon to be |
| 00:17:15 | 12 | confronted with a DOJ Inspector General Report |
| 00:17:18 | 13 | that is going to make the idea that the Russia |
| 00:17:20 | 14 | probe was a witch-hunt just something that can't |
| 00:17:22 | 15 | be said with any truth to it anymore. |
| 00:17:24 | 16 | And then this big report from Vicky Ward |
| 00:17:27 | 17 | coming from the lawyer of this guy, Lev Parnas, |
| 00:17:29 | 18 | one of these indicted associates of Giuliani, that |
| 00:17:34 | 19 | Devin Nunes reportedly met with this former |
| 00:17:38 | 20 | Ukraine prosecutor at the center of all the Biden |
| 00:17:40 | 21 | scandal.  Let's bring in former Democratic |
| 00:17:43 | 22 | Congresswoman Katie Hill of California.  Welcome |
| 00:17:47 | 23 | back to Prime Time. |
| 00:17:48 | 24 | KATIE HILL:  Hi, how are you? |
| 00:17:49 | 25 | CHRIS CUOMO:  Can you believe this -- |

00:17:51  1   help me understand this Vicky Ward reporting.

00:17:54  2   Devin Nunes -- I guess being chairman you don't

00:17:56  3   have to tell people what you're going, but putting

00:18:00  4   in the record, I'm going to Vienna with a couple

00:18:01  5   of staffers, and you know you're investigating all

00:18:04  6   this Ukraine stuff, and you don't mention that you

00:18:06  7   met with the guy at the center of the whole

00:18:08  8   situation?

00:18:09  9            KATIE HILL:  Well, look, the timing is

00:18:10  10  very, very clear.  He did this right after the

00:18:13  11  Democrats won the House --

00:18:14  12           CHRIS CUOMO:  Right.

00:18:14  13           KATIE HILL:  -- and before they took

00:18:16  14  control --

00:18:16  15           CHRIS CUOMO:  Right.

00:18:16  16           KATIE HILL:  -- so he could get away

00:18:17  17  with this.  You know, I think what this shows

00:18:20  18  clearer than anything is that you do not have an

00:18:23  19  unbiased, you know, set of Republicans who are

00:18:28  20  involved in deciding when this is --

00:18:28  21           CHRIS CUOMO:  But he had to know that we

00:18:30  22  were going to find out.  It's not like these

00:18:31  23  players are exactly, you know, lock lipped, you

00:18:34  24  know, these guys that we're dealing with.  And he

00:18:37  25  sat in the hearings, Katie, I don't know how much

```
00:18:39   1   of him you saw, but --

00:18:39   2           KATIE HILL:  Oh, yeah.

00:18:40   3           CHRIS CUOMO:  Every time they'd bring up

00:18:41   4   the President wanted Ukraine to get dirt on the

00:18:43   5   Bidens, he was, oh, man.  I can't believe.  And he

00:18:46   6   even said, I can't believe, you know, and in some

00:18:50   7   words, that you guys would think this was

00:18:52   8   possible, when he knew damn well that he was

00:18:54   9   trying to --

00:18:54  10           KATIE HILL:  He was doing it.

00:18:54  11           CHRIS CUOMO:  Unless Parnas' lawyer --

00:18:54  12           KATIE HILL:  Yeah.

00:18:56  13           CHRIS CUOMO:  -- is lying --

00:18:56  14           KATIE HILL:  No.

00:18:57  15           CHRIS CUOMO:  -- because Shokin hasn't

00:18:57  16   confirmed it yet, and Nunes says he won't answer

00:18:59  17   any questions.

00:18:59  18           KATIE HILL:  No.

00:18:59  19           CHRIS CUOMO:  But that Giuliani was

00:19:01  20   trying to do it, and he was trying to loop in Lev

00:19:04  21   Parnas with Giuliani's efforts with his staff to

00:19:07  22   try to get dirt on the Bidens.

00:19:08  23           KATIE HILL:  Look, I don't know if he

00:19:09  24   thought he would never get found out, but you know

00:19:11  25   he is going to deny it until the day he dies.
```

```
00:19:14  1   Either way, he's going to spin it as if this is a
00:19:16  2   witch-hunt on him now too.  So, you know, I don't
00:19:18  3   think that this is going to change their story
00:19:20  4   regardless.
00:19:21  5             It's just -- it -- what -- this is where
00:19:23  6   we're at, unfortunately, with Republicans right
00:19:26  7   now, is that there is zero shame in lying, just
00:19:29  8   straight up lying constantly.  And, you know, I --
00:19:32  9   we saw that throughout the entire set of hearings.
00:19:34  10  We saw that with what he's doing now --
00:19:37  11            CHRIS CUOMO:  Mm.
00:19:37  12            KATIE HILL:  -- and we're going to
00:19:38  13  continue to see that, so we have to make sure that
00:19:40  14  the American people have the facts, and hopefully
00:19:43  15  people are able to look into their own souls and
00:19:45  16  figure out what's true and what's not.
00:19:46  17            CHRIS CUOMO:  Right.  I mean, you know,
00:19:48  18  my one pushback is, this group of Republicans.
00:19:51  19            KATIE HILL:  Oh, 100 percent. And you
00:19:52  20  know what, my dad's a Republican.
00:19:52  21            CHRIS CUOMO:  You know, I mean, because
00:19:53  22  you know, I'm sure we both know -- yeah.
00:19:53  23            KATIE HILL:  Yeah.  No.
00:19:53  24            CHRIS CUOMO:  Yeah.  I got a lot of
00:19:54  25  Republicans in my life --
```

00:19:54  1            KATIE HILL:  No, no, no.

00:19:55  2            CHRIS CUOMO:  -- and they do not go for

00:19:56  3  this stuff.

00:19:57  4            KATIE HILL:  No.

00:19:57  5            CHRIS CUOMO:  They were --

00:19:57  6            KATIE HILL:  No, this is completely

00:19:58  7  different.

00:19:58  8            CHRIS CUOMO:  -- the party of -- they

00:19:59  9  used to come after you guys.

00:20:00  10           KATIE HILL:  Oh, yeah.

00:20:00  11           CHRIS CUOMO:  You don't respect

00:20:01  12  institutions enough --

00:20:02  13           KATIE HILL:  National security.

00:20:02  14           CHRIS CUOMO:  -- you don't respect the

00:20:03  15  government enough.

00:20:04  16           KATIE HILL:  This is the thing that I --

00:20:05  17  we used to be -- I -- you know, and I still do

00:20:07  18  separate myself from a fair amount of Democrats

00:20:09  19  on.  I am very, very strong when it comes to

00:20:11  20  national security.

00:20:11  21           CHRIS CUOMO:  Mm.

00:20:12  22           KATIE HILL:  I come from a defense

00:20:12  23  background.  My family, you know, my brother's

00:20:15  24  currently serving in the Navy, and that's my

00:20:17  25  District.  But we -- you know, that's what

| | | |
|---|---|---|
| 00:20:19 | 1 | Republicans used to be, right? |
| 00:20:19 | 2 | CHRIS CUOMO:  Mm. |
| 00:20:21 | 3 | KATIE HILL:  That's -- that was the |
| 00:20:22 | 4 | entire thing, was how are we -- |
| 00:20:23 | 5 | CHRIS CUOMO:  Right. |
| 00:20:23 | 6 | KATIE HILL:  -- standing up to things |
| 00:20:25 | 7 | like our, you know, our national security when it |
| 00:20:27 | 8 | comes to Russia. |
| 00:20:27 | 9 | CHRIS CUOMO:  Yeah, like Russia. |
| 00:20:27 | 10 | KATIE HILL:  Yeah. |
| 00:20:27 | 11 | CHRIS CUOMO:  So they say the Russia |
| 00:20:28 | 12 | probe's a hoax.  Now we have reporting that says |
| 00:20:31 | 13 | the Inspector General's Report is come out, is |
| 00:20:33 | 14 | going to say, look, a low-level guy messed with |
| 00:20:34 | 15 | Carter Page's FISA application.  We believe the |
| 00:20:37 | 16 | report says didn't change the fundamental accuracy |
| 00:20:39 | 17 | of it.  I showed everybody how thick those things |
| 00:20:40 | 18 | are, and what one document does or doesn't mean in |
| 00:20:43 | 19 | it.  But it supposedly concludes no hoax, you |
| 00:20:47 | 20 | know, not a witch-hunt, that this was done with |
| 00:20:49 | 21 | integrity. |
| 00:20:49 | 22 | KATIE HILL:  Mm hmm. |
| 00:20:50 | 23 | CHRIS CUOMO:  What does that mean |
| 00:20:51 | 24 | ultimately?  Does it kill the Russia didn't |
| 00:20:54 | 25 | interfere BS once and for all, or you think you'll |

```
00:20:57   1   still hear it?
00:20:57   2            KATIE HILL:  I think you're going to
00:20:58   3   continue to hear it.  I really do.
00:20:59   4            CHRIS CUOMO:  We heard it from the
00:20:57   5   President today.
00:21:00   6            KATIE HILL:  Yeah.
00:20:59   7            CHRIS CUOMO:  That was a stupid
00:21:00   8   question.
00:21:00   9            KATIE HILL:  No, I mean, I think you're
00:21:01  10   going to continue to hear it.  I don't think -- I
00:21:03  11   think one thing that the Republicans, again, this
00:21:06  12   group of Republicans in Washington --
00:21:07  13            CHRIS CUOMO:  Mm.
00:21:07  14            KATIE HILL:  -- that have aligned
00:21:08  15   themselves with the President do not care about
00:21:10  16   the truth, and they think that their best strategy
00:21:13  17   is to just look Americans directly in the eye --
00:21:16  18            CHRIS CUOMO:  Mm.
00:21:16  19            KATIE HILL:   -- and tell them bold-faced
00:21:18  20   lies, and hope that they convince them.  I mean,
00:21:20  21   it's gas lighting, plain and simple.
00:21:21  22            CHRIS CUOMO:  Well, I'll tell you what.
00:21:22  23   They don't even need to do it.  Because they can
00:21:23  24   admit that what the President did was wrong, he
00:21:25  25   shouldn't have done it this way, he shouldn't have
```

| | | |
|---|---|---|
| 00:21:27 | 1 | involved Rudy Giuliani, he should have gone to the |
| 00:21:29 | 2 | DOJ if he wanted the Biden's investigator, or did |
| 00:21:32 | 3 | what Lindsey Graham is doing now, and they can |
| 00:21:34 | 4 | still make a good-faith argument about this not |
| 00:21:37 | 5 | being worthy of removal.  Let me ask you |
| 00:21:38 | 6 | something, strategically -- |
| 00:21:38 | 7 | KATIE HILL:  I don't know about good |
| 00:21:39 | 8 | faith, but -- |
| 00:21:40 | 9 | CHRIS CUOMO:  Well, I mean, you can say |
| 00:21:41 | 10 | it just doesn't rise to the level for me because - |
| 00:21:43 | 11 | - |
| 00:21:43 | 12 | KATIE HILL:  If it doesn't, then what |
| 00:21:44 | 13 | does?  Is there ever going to be something that |
| 00:21:46 | 14 | they think that Congress should use its power of |
| 00:21:49 | 15 | impeachment on?  If this isn't it, then what on |
| 00:21:51 | 16 | earth is? |
| 00:21:51 | 17 | CHRIS CUOMO:  Mm. |
| 00:21:52 | 18 | KATIE HILL:  Whether you're a Democrat |
| 00:21:53 | 19 | or a Republican in the White House, there has to |
| 00:21:55 | 20 | be some kind of a line, and I -- I mean, are you |
| 00:21:58 | 21 | telling me that what Bill Clinton did is |
| 00:22:00 | 22 | impeachable to Republicans but this is not?  I |
| 00:22:03 | 23 | just don't believe it.  I don't buy that this is |
| 00:22:04 | 24 | something even for a second that they truly |
| 00:22:07 | 25 | believe is not an impeachable offense.  They're |

00:22:09   1   just full of it.

00:22:09   2            CHRIS CUOMO:  In a Republican they

00:22:10   3   don't.

00:22:10   4            KATIE HILL:  Yeah.  No.

00:22:10   5            CHRIS CUOMO:  Look, the best argument

00:22:11   6   they have is that when the Democrats argue, hey,

00:22:13   7   look, you don't get to walk away just because you

00:22:15   8   fail at the crime you attempt.  That's true.

00:22:17   9            KATIE HILL:  Right.

00:22:17   10           CHRIS CUOMO:  You shoot at me and you

00:22:18   11  miss.  You don't get to go home.

00:22:18   12           KATIE HILL:  Yeah.

00:22:19   13           CHRIS CUOMO:  But you don't get the

00:22:19   14  death penalty either.

00:22:20   15           KATIE HILL:  No.

00:22:20   16           CHRIS CUOMO:  And I think that that's

00:22:21   17  going to be the argument you guys have.  Do you

00:22:23   18  think the Democrats should continue -- should

00:22:26   19  consider a deal to shorten this process when you

00:22:30   20  know you're not going to get removal?

00:22:31   21           KATIE HILL:  No.  I don't think so at

00:22:32   22  all.  I think what we have to show in the House is

00:22:34   23  that there are people who have been elected, just

00:22:37   24  like happened in 2018, who are going to ensure

00:22:40   25  accountability.  That's why you have a House of

00:22:42   1   Representatives that turned over because now Nunes

00:22:45   2   is not the chairman.  Adam Schiff is.

00:22:47   3            CHRIS CUOMO:  Mm.

00:22:47   4            KATIE HILL:  And what I think we have to

00:22:48   5   show is that the Senate is full of those same

00:22:51   6   Republicans who are going to continue to let Trump

00:22:53   7   or any other President that they feel like

00:22:55   8   benefits them politically --

00:22:57   9            CHRIS CUOMO:  Right.

00:22:57  10            KATIE HILL:  -- do whatever they want.

00:22:58  11   So you need to get people in -- with an actual

00:23:00  12   integrity in the Senate and in charge as well.

00:23:02  13            CHRIS CUOMO:  All right.  You got a good

00:23:03  14   head about everybody else.  Let's talk about you

00:23:05  15   now.  Do you have any second thoughts about

00:23:09  16   resigning?

00:23:09  17            KATIE HILL:  I mean, listen, it was the

00:23:09  18   toughest decision I've ever made.  I know that it

00:23:12  19   was the right one for, you know, for my family,

00:23:14  20   for myself, for my staff.  I think -- I even think

00:23:17  21   that -- I would hate to think that I was giving

00:23:21  22   them any kind of ammunition to distract from

00:23:24  23   what's been going on these last few weeks, and the

00:23:25  24   fact that I was not there made them not have that

00:23:29  25   opportunity.  So I feel like it was the right

| | | |
|---|---|---|
| 00:23:31 | 1 | move, but no, it's absolutely something that is, |
| 00:23:34 | 2 | you know -- it's (indiscernible). |
| 00:23:34 | 3 | CHRIS CUOMO:  Well, but you cost the |
| 00:23:35 | 4 | Party, you cost your own opportunity, and also it |
| 00:23:37 | 5 | wound up becoming a flash point in terms of, well, |
| 00:23:41 | 6 | where are we in terms of appropriate conduct and |
| 00:23:44 | 7 | not, and what we enforce and what we inform. |
| 00:23:46 | 8 | Alyssa Milano, who you know very well -- |
| 00:23:48 | 9 | KATIE HILL:  Mm. |
| 00:23:48 | 10 | CHRIS CUOMO:  -- is very strong on |
| 00:23:50 | 11 | accountability on what has come under the umbrella |
| 00:23:53 | 12 | of Me Too, but just really about decency in |
| 00:23:55 | 13 | humanity. |
| 00:23:55 | 14 | KATIE HILL:  Yep. |
| 00:23:56 | 15 | CHRIS CUOMO:  Here's what she said about |
| 00:23:56 | 16 | you. |
| 00:23:59 | 17 | ALYSSA MILANO:  I don't feel it was the |
| 00:24:00 | 18 | right move.  I feel that there is incredible |
| 00:24:04 | 19 | hypocrisy that goes on, and if Katie Hill were a |
| 00:24:06 | 20 | man who was in a consensual relationship with |
| 00:24:11 | 21 | another man and a woman that this would be a very |
| 00:24:14 | 22 | different outcome. |
| 00:24:16 | 23 | CHRIS CUOMO:  So of course she's |
| 00:24:18 | 24 | supporting you, but she's saying that you are |
| 00:24:20 | 25 | giving cover to people who make the wrong |

```
00:24:22  1  decisions, because this is not the way it would
00:24:25  2  have gone if it were a man.  So you're basically
00:24:28  3  reinforcing the wrong dynamic.  You should have
00:24:30  4  stayed and fought.
00:24:31  5           KATIE HILL:  Oh, no.  I don't think it's
00:24:32  6  reinforcing it.  If anything, it's saying that
00:24:34  7  this is what the standard should be, right?
00:24:35  8           CHRIS CUOMO:  Mm.
00:24:35  9           KATIE HILL:  And this is the standard
00:24:36 10  that we should hold everybody to.  I think what I
00:24:38 11  have to do now is figure out what my next move is
00:24:40 12  to ensure that the lessons that are learned from
00:24:43 13  what happened to me are not ones that we -- that
00:24:45 14  can be repeated.  So, you know, cyber exploitation
00:24:48 15  is something that is relatively new.
00:24:50 16           It has not been touched on a federal
00:24:53 17  level in terms of laws that are going to address
00:24:55 18  the issue.  It's one that I heard over and over
00:24:57 19  again from young women that I just -- I -- even at
00:24:59 20  that point, I didn't even fully understand.  But I
00:25:02 21  think it's something that we're going to have to
00:25:03 22  take on in a meaningful way, and that I hope that
00:25:06 23  my own experiences can lend to that effort.
00:25:08 24           CHRIS CUOMO:  Will you run again?
00:25:10 25           KATIE HILL:  You know, I'm not writing
```

| | | |
|---|---|---|
| 00:25:11 | 1 | anything off.  I'm not running anytime soon.  I |
| 00:25:13 | 2 | can tell you that much.  And I'm supporting the |
| 00:25:15 | 3 | person who is running to replace me, Christy |
| 00:25:17 | 4 | Smith, without everything that I've got. |
| 00:25:19 | 5 | CHRIS CUOMO:  But politics, could it |
| 00:25:21 | 6 | still very well be in your future, you're not |
| 00:25:22 | 7 | giving me a no. |
| 00:25:23 | 8 | KATIE HILL:  I'm not giving you a no. |
| 00:25:25 | 9 | CHRIS CUOMO:  All right.  Katie Hill, |
| 00:25:26 | 10 | it's good to have you back.  I appreciate you |
| 00:25:28 | 11 | talking about all these things, and about your own |
| 00:25:29 | 12 | situation. |
| 00:25:30 | 13 | KATIE HILL:  Thank you. |
| 00:25:30 | 14 | CHRIS CUOMO:  I know it's sensitive, but |
| 00:25:31 | 15 | it's important for people to process why you did |
| 00:25:33 | 16 | it and what it means.  It's an ongoing dialogue. |
| 00:25:35 | 17 | KATIE HILL:  Absolutely.  Thanks so much |
| 00:25:36 | 18 | for having me. |
| 00:25:37 | 19 | CHRIS CUOMO:  Best to you.  I'll see you |
| 00:25:38 | 20 | again soon. |
| 00:25:38 | 21 | KATIE HILL:  You too. |
| 00:25:39 | 22 | CHRIS CUOMO:  All right.  So our |
| 00:25:40 | 23 | President loves to decry anything he doesn't like |
| 00:25:43 | 24 | as fake news.  In fact, he's at it again.  And his |
| 00:25:46 | 25 | pals in Congress are happy to help him, but don't |

| | | |
|---|---|---|
| 00:25:49 | 1 | miss our argument on this Friday night.  And also, |
| 00:25:53 | 2 | don't miss a special CNN report, All The |
| 00:25:56 | 3 | President's Lies, that airs Sunday at 9:00 p.m. |
| 00:25:59 | 4 | Eastern.  I'll see you back here in a second. |
| | 5 | |
| | 6 | |
| | 7 | |
| | 8 | |
| | 9 | |
| | 10 | |
| | 11 | |
| | 12 | |
| | 13 | |
| | 14 | |
| | 15 | |
| | 16 | |
| | 17 | |
| | 18 | |
| | 19 | |
| | 20 | |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

1          C E R T I F I C A T I O N

2

3    I, Sonya Ledanski Hyde, certify that the foregoing

4    transcript is a true and accurate record of the

5    proceedings.

6

7

8

9    _____

10

11   Veritext Legal Solutions

12   330 Old Country Road

13   Suite 300

14   Mineola, NY 11501

15

16   Date: January 15, 2020

17

18

19

20

21

22

23

24

25