# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Richmond Division

| | |
|---|---|
| **DEVIN G. NUNES,**<br><br>  **Plaintiff,**<br><br> v.<br><br> **CABLE NEWS NETWORK, INC.,**<br><br>  **Defendant.** | Civil No.: **3:19-CV-00889** |

## [PROPOSED] ORDER

AND NOW, this ____ day of _____, upon consideration of the Motion to Dismiss filed by Defendant Cable News Network, Inc. under Federal Rule of Civil Procedure 12(b)(6), and the briefing submitted by the parties, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

Entered this ___ day of _____, 2020.

_____

Hon. Robert E. Payne
United States District Court Judge