# EXHIBIT B



Video Submitted to Court