**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| **DEVIN G. NUNES,**  **Plaintiff,**  v.  **CABLE NEWS NETWORK, INC.,**  **Defendant.** | Civil No.: **3:19-CV-00889** |

## [PROPOSED] ORDER

AND NOW, this ____ day of _____, upon consideration of the Motion to Transfer filed by Defendant Cable News Network, Inc., and the briefing submitted by the parties, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. This case is **TRANSFERRED** to the Southern District of New York**.**

**IT IS SO ORDERED**.

Entered this ___ day of _____, 2020.

_____

Hon. Robert E. Payne
United States District Court Judge