IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DEVIN G. NUNES,

    Plaintiff,

v.                                         Civil Action No. 3:19-cv-889

CABLE NEWS NETWORK, INC.,

    Defendant.

**ORDER**

For the reasons set forth on the record during the conference call on February 11, 2020, it is hereby ORDERED that:

(1) The Defendant's MOTION TO DISMISS COMPLAINT (ECF No. 13) is DENIED AS MOOT;

(2) The Defendant shall file its answer and motion to dismiss by February 21, 2020;

(3) The Plaintiff shall file a response brief by March 2, 2020;

(4) The Defendant shall file a reply brief by March 12, 2020;

(5) The Plaintiff shall also file a response brief to the Defendant's MOTION TO TRANSFER (ECF No. 14) by February 20, 2020; and

(6) The Defendant shall file a reply brief by February 28, 2020.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: February 12, 2020