```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF VIRGINIA
                   Richmond Division
```

DEVIN G. NUNES,

    Plaintiff,

v.                                    Civil Action No. 3:19-cv-889

CABLE NEWS NETWORK, INC.,

    Defendant.

**ORDER**

For the reasons set forth in the accompanying MEMORANDUM OPINION, it is hereby ORDERED that Defendant Cable News Network, Inc.'s MOTION TO TRANSFER (ECF No. 14) is granted. It is further ORDERED that the Clerk shall transfer this action to the Southern District of New York.

It is further ORDERED that the facts and legal contentions are adequately presented in the materials before the Court and oral argument would not aid the decisional process.

It is so ORDERED.

                                                /s/      *REP*
                                      Robert E. Payne
                                      Senior United States District Judge

Richmond, Virginia
Date: May 21, 2020